issues omitted from such a statement from being waived.

Agnes OTTERSON

v.

Allen JONES, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1998.

Decided Nov. 9, 1998.

William H. Resch, Jr., Philadelphia, for Allen Jones.

Evan K. Aidman, Bryn Mawr, for Agnew Otterson.

Dale G. Larrimore, Philadelphia, for Amicus-PA Trial Lawyers Assn.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

---

3. Although we disagree with the ultimate conclusion of the Superior Court in *Cortes,* we believe that the court's explanation of the double waiver doctrine is accurate.

4. We note that the trial court judge who presided over this matter, the Honorable Anthony Semararo, is deceased. As a result, it will be necessary for the President Judge to reassign this case to another Common Pleas Court judge.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.